JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ERNIE JOE LIBRADO SANTOS, | ) CV 11-6072-CJC (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| TIMOTHY E. BUSBY, Warden et al., | ) |
| Respondents. | ) |

IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed with prejudice.

DATED: September 26, 2012

*[signature]*

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1